UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JHC<br>By his father and next friend:<br>JOHN HARRISON CLARKE<br>2424 Pennsylvania Ave, NW<br>Apartment 410<br>Washington, DC 20037<br><br>         Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA GOVERNMENT<br>Serve: Mayor Muriel Bowser<br>       1350 Pennsylvania Avenue, NW<br>       Washington, 20004<br><br>         and<br><br>SILEAN EAVES<br>2323 N Street, NW<br>Washington, DC 20037<br><br>         and<br><br>NEALIS ERVIN<br>2323 N Street, NW<br>Washington, DC 20037<br><br>         and<br><br>JANE DOE,<br><br>         Defendants. | Civil Action No. |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441(a) and 1446 and Fed. R. Civ. P. 81(c), Defendant District of Columbia (the District) removes the case of *JHC by his father and next friend JOHN HARRISON CLARKE v. District of Columbia*, et al., Civil Action Number 2020 CA 001773 B,

which was filed in the Superior Court for the District of Columbia. Plaintiff has raised a federal question in Count II of its Complaint alleging that the District and other defendants violated his rights protected under the First Amendment, which is appropriate for resolution by this Court. Under 28 U.S.C. § 1331 "[t]he district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." Therefore, under 28 U.S.C. § 1441(a), the District may remove this action to this Court.

In addition, under 28 U.S.C. § 1367(a), this Court may exercise supplemental jurisdiction over the state law claims against the District and other defendants in Counts I, III-VI, which derive from the same case or controversy as plaintiff's First Amendment claim in Count II. See *City of Chicago v. Int'l College of Surgeons*, 522 U.S. 156, 164-65 (1997) (when a case has been removed, the district court has original jurisdiction over the plaintiff's claim under federal law, and may thus "exercise supplemental jurisdiction over accompanying state law claims so long as those claims constitute other claims that form part of the same case or controversy.").

The requirements of 28 U.S.C. § 1446 are satisfied because this Notice is filed within 30 days after service of process upon District of Columbia Public School employees, who are represented by the District by and through the Office of the Attorney General for the District of Columbia, which occurred on May 29, 2020. The District has attached copies of all pleadings and orders served upon the District in this matter, as well as papers filed in the Superior Court for the District of Columbia as Exhibit A. After this Notice is filed in United States District Court for the District of Columbia, the District will file notice of this removal with the Clerk of the Court for the Superior Court for the District of Columbia and all parties.

Venue is proper as the United States District Court for the District of Columbia includes the District of Columbia, where the events giving rise to this action allegedly occurred, and

where the Superior Court for the District of Columbia is located.  As of time of this filing, three of the individual defendants have been served and are represented by undersigned counsel for the District of Columbia.

Accordingly, the District removes this action to this Court from the Superior Court for the District of Columbia, Civil Division.

Date:   June 29, 2020               Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

MICHAEL ADDO
Chief, Civil Litigation Division Section IV

/s/Martha J. Mullen
MARTHA J. MULLEN [419036]
Senior Assistant Attorney General
441 Fourth Street, NW
Suite 630 South
Washington, D.C. 20001
(202) 724-6612
martha.mullen@dc.gov

*Counsel for the District of Columbia Defendants*