## AFFIDAVIT OF PROCESS SERVER

Superior Court of the District of Columbia
Civil Division

**J.H.C. by his father and next friend John Harrison Clarke**

Plaintiff(s),

vs.

**District of Columbia Government, et al**

Defendant(s).

Attorney: John H. Clarke
Law Office of John H. Clarke
1629 K St., NW, #300
Washington DC 20006

*255261*

**Case Number: 2020CA002622B**

Legal documents received by Same Day Process Service, Inc. on **06/09/2020** at **2:56 PM** to be served upon **Silean Eaves** at **2840 Merchant Ct., Waldorf, MD 20603**

I, **Rene Rivas**, swear and affirm that on **June 10, 2020** at **8:24 PM**, I did the following:

**Personally** Served **Silean Eaves** the person listed as the intended recipient of the legal document with this **Summons; Complaint; Exhibits; Information Sheet; Initial Order and Addendum; Plaintiff's First Set of Interrogatories to Defendant District of Columbia; Plaintiff's First Set of Request for Production of Documents to Defendant District of Columbia; Plaintiff's First Set of Interrogatories to Defendant Richard Trogisch; Plaintiff's First Set of Interrogatories to Defendant Naelis Ervin; Plaintiff's First Set of Interrogatories to Defendant Silean Eaves** at **2840 Merchant Ct. , Waldorf, MD 20603**.

**Description of Person Accepting Service:**
Sex: Female Age: 60 Height: 5ft4in-5ft8in Weight: 161-200 lbs Skin Color: African-American Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Rene Rivas**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:255261



District of Columbia: SS
Subscribed and Sworn to before me
this _11_ day of _June_, 2020

K. Mack, Notary Public, D.C.
My commission expires February 29, 2024