## AFFIDAVIT OF PROCESS SERVER

**Superior Court of the District of Columbia**
**Civil Division**

J.H.C. by his father and next friend John Harrison Clarke

    Plaintiff(s),

VS.

District of Columbia Government, et al.

    Defendant(s).

Attorney: John H. Clarke

Law Office of John H. Clarke
1629 K St., NW, #300
Washington DC 20006



*255046*

**Case Number: 2020CA002622B**

Legal documents received by Same Day Process Service, Inc. on **05/29/2020** at **12:04 PM** to be served upon **Richard Trogisch at School Without Walls at Francis Stevens, 2323 N St., NW, Washington, DC 20037**

I, **Harvey Jessup**, swear and affirm that on **May 29, 2020** at **1:35 PM**, I did the following:

**Personally** Served **Richard Trogisch** the person listed as the intended recipient of the legal document with this **Summons; Complaint; Exhibits; Information Sheet; Initial Order and Addendum; Plaintiff's First Set of Interrogatories to Defendant District of Columbia; Plaintiff's First Set of Request for Production of Documents to Defendant District of Columbia; Plaintiff's First Set of Interrogatories to Defendant Richard Trogisch; Plaintiff's First Set of Interrogatories to Defendant Naelis Ervin; Plaintiff's First Set of Interrogatories to Defendant Silean Eaves** at **School Without Walls at Francis Stevens, 2323 N St., NW , Washington, DC 20037**.

**Description of Person Accepting Service:**
Sex: Male Age: 60 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Gray

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Harvey Jessup**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:255046



District of Columbia: SS
Subscribed and Sworn to before me
this _____ day of _____, 2020
_____
K. Mack, Notary Public, D.C.
My commission expires February 29, 2024