UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JHC<br>By his father and next friend:<br>JOHN HARRISON CLARKE<br><br>      Plaintiff,<br><br>  v.<br><br>DISTRICT OF COLUMBIA GOVERNMENT<br><br>      and<br><br>RICHARD TROGISH, SILEAN EAVES,<br><br>NEALIS ERVIN,<br><br>      and<br><br>JANE DOE,<br><br>      Defendants. | Civil Action No. 20-cv-01761 (CRC) |

## **DISTRICT OF COLUMBIA DEFENDANTS' ANSWER TO THE COMPLAINT**

The District of Columbia Office of the Attorney answers the complaint on behalf of Defendants Richard Trogish, Silean Eaves and Naelis Ervin (the District Defendants unless otherwise specified). Except as expressly admitted, qualified, or otherwise admitted, the District Defendants specifically deny each allegation, statement, matter, and thing contained in the complaint and respond on information and belief in like-numbered paragraphs.

### **First Defense**

The Complaint fails to state a claim upon which relief may be granted against the District Defendants.

### **Jurisdiction**

1

1. The District acknowledges the referenced statute but denies that it necessarily confers jurisdiction.

## Summary

2. This paragraph is Plaintiff's statement of the case for which no response is required; to the extent a response is required, the allegations are denied.

## Parties

3. The District admits that Plaintiff J.H.C. is a 14-year-old student whose father and next friend has brought this lawsuit on his behalf. The District lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies them.

4. The District admits the District of Columbia Public Schools is an agency of the District of Columbia; the remaining allegations in this paragraph are the legal conclusions of the pleader for which no answer is required; to the extent a response is required, the District denies the allegations.

5. The District admits that Richard Trogish is an employee of the District of Columbia Public Schools. The District lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies them.

6. The District admits that Silean Eaves is an employee of the District of Columbia Public Schools. The District lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies them.

7. The District admits that Naelis Ervin is an employee the District of Columbia Public Schools. The District lacks sufficient information to admit or deny the remaining allegations in this paragraph and therefore denies them.

8. The District lacks sufficient information to admit or deny the allegations in this

paragraph and therefore denies them.

**Facts**

9. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

10. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

11. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

12. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

13. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

14. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

15. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

16. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

17. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

18. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

19(a-c). The District lacks sufficient information to admit or deny the allegations in this

paragraph and therefore denies them.

20. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them. The District lacks sufficient information to admit or deny the allegations in this

paragraph and therefore denies them.

21. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

22. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

23. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

24. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

25. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

26. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

27. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

28. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

29. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

31. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

32. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

33. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

34. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

35. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

36. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

37. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

39. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

40. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

41. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

42.  The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

44. The District lacks sufficient information to admit or deny the allegations in this

paragraph and therefore denies them.

45. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

46. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

47. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

48. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

49. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

50. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

51. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

52. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

53. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

54. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

55. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

56. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

57. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

58. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

59. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

60. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

61. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

62. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

63. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

64. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

65. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

66. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

67. The District lacks sufficient information to admit or deny the allegations in this

paragraph and therefore denies them.

68. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

69. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

70(1-6). The District lacks sufficient information to admit or deny the allegations in this paragraph and subparts and therefore denies them.

71. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

72. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

73. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

74. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

75. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

76. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

77. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

78. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

79. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

80. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

81. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

82. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

83. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

84. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

85. The District lacks sufficient information to admit or deny the allegations in this paragraph and therefore denies them.

86(a-6). The District lacks sufficient information to admit or deny the allegations in this paragraph and subparts therefore denies them.

## Count I

### Injunctive Relief – District of Columbia

87. Defendants restate paragraphs one through 86 as if fully set forth herein.

88. The allegations in this paragraph are the legal conclusions of the pleader for which no answer required; to the extent a response is required, the Defendants deny the allegations.

89. Denied.

90. The allegations in this paragraph are the legal conclusions of the pleader for which no

answer required to the extent a response is required, the Defendants deny the allegations.

<u>**Count II**</u>

**Violation of the First Amendment – All Defendants**

91. Defendants restate paragraphs one through 90 as if fully set forth herein.

92. Denied.

93. Denied.

<u>**Count III**</u>

**Violation of the DC Human Rights Act – All Defendants**

94. Defendants restate paragraphs one through 93 as if fully set forth herein.

95. Denied.

96. Denied.

97. The allegations in this paragraph are the legal conclusions of the pleader for which no answer is

required; to the extent a response is required, the Defendants deny the allegations.

<u>**Count IV**</u>

**Defamation – All Defendants**

98. Defendants restate paragraphs one through 97 as if fully set forth herein.

99. The allegations in this paragraph are the legal conclusions of the pleader for which no answer is

required; to the extent a response is required, the Defendants deny the allegations.

100. The allegations in this paragraph are the legal conclusions of the pleader for which no answer is required; to the extent a response is required, the Defendants deny the allegations.

101. The District lacks sufficient information to admit or deny the allegations

paragraph and therefore denies them.

102. The District lacks sufficient information to admit or deny the allegations in this paragraph therefore denies them.

## Count V

### Intentional Infliction of Emotional Distress – Individual Defendants

103. Defendants restate paragraphs one through 102 as if fully set forth herein.

104. The allegations in this paragraph are the legal conclusions of the pleader for which no answer is required; to the extent a response is required, the Defendants deny the allegations.

## Count VI

### Civil Conspiracy – All Defendants

105. Defendants restate paragraphs one through 104 as if fully set forth herein.

106. The allegations in this paragraph are the legal conclusions of the pleader for which no answer is required; to the extent a response is required, the Defendants deny the allegations.

107. The allegations in this paragraph are the legal conclusions of the pleader for which no answer is required; to the extent a response is required, the Defendants deny the allegations.

108. The allegations in this paragraph are the legal conclusions of the pleader for which no answer is required; to the extent a response is required, the Defendants deny the allegations.

109. The allegations in this paragraph are the legal conclusions of the pleader for

which no answer is required; to the extent a response is required, the Defendants deny the allegations.

### Prayer for Relief

The District denies that Plaintiff is entitled to judgment or the other relief sought in the "WHEREFORE" clause of the complaint.

By way of further answer to the complaint Defendants state the following defenses:

### Second Defense

Plaintiff may have failed to comply with D.C. Code §12-309.

### Fourth Defense

Plaintiff may have failed to meet the applicable statute of limitations.

### Fifth Defense

Plaintiff's claims may be barred under the doctrines of qualified or discretionary immunity.

### Sixth Defense

The alleged defamatory statements were not published to a third-party.

### Seventh Defense

The alleged defamatory statements were privileged.

### Eighth Defense

The alleged defamatory statements were made in good faith in the belief that Defendants had a duty to report that which they believed was true.

### Ninth Defense

The alleged conduct was not so extreme in degree as to exceed the bounds of decency to be regarded as atrocious and utterly intolerable in a civilized community.

### Tenth Defense

The alleged conduct was neither intentional nor reckless.

### Eleventh Defense

The District maintained adequate policies and practices against discrimination and harassment of which its workforce was aware, and Plaintiff may have failed to reasonably take advantage of any preventive or corrective opportunities provided by the District.

### Twelfth Defense

Plaintiff may have failed to mitigate his damages.

### Jury Demand

Pursuant to Fed. R. Civ. P. 38(b), Defendant requests a trial by the greatest number of jurors permitted.

**WHEREFORE**, the District prays the Court will dismiss the complaint and award the District the expense of this litigation, costs and interest, and such other relief as the Court deems just and proper.

Respectfully Submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

/s/Michael K. Addo
MICHAEL K. ADDO [1008971]
Chief, Civil Litigation Division, Section IV

/s/ Martha J. Mullen
MARTHA J. MULLEN [419036]
Senior Assistant Attorney General
441 4th Street, NW, Suite 630 South
Washington, DC  20001
202-250-8161

13

martha.mullen@dc.gov

14