UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| J.H.C.<br>By his father and next friend:<br>JOHN HARRISON CLARKE<br><br>  Plaintiff,<br><br>  v.<br><br>DISTRICT OF COLUMBIA<br>PUBLIC SCHOOLS, et al.,<br><br>  Defendants. | Case No. 20-1761 (CRC) |

PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

  COMES NOW Plaintiff, J.H.C., and respectfully seeks leave to Amend his Complaint, to plead for relief under 42 U.S.C. § 1983, as well as under the Declaratory Judgment Act, 28 U.S.C. §§ 2201(a). Plaintiff's amended pleading also adds the District of Columbia Public Schools as a named defendant, and omits plaintiff's common-law tort claims as well as his cause under the D.C. Human Rights Act.

  Plaintiff is unaware of whether defendants oppose the relief sought, as counsel has not yet responded to plaintiff's inquiry.

Memorandum of Points and Authorities

  1. The proposed Amended Complaint is submitted prior to the first scheduling conference. Thus, defendants will suffer no prejudice should the Court accept the pleading.

  2. The undersigned initially sought to bring his action as Constitutional violations as a *Bivens* type case, and not under 42 U.S.C. § 1983, as required.

  3. The proposed Amended Complaint is submitted herewith.

4. "[A] party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. Pro. 15 (a)(2).

DATE: September 7, 2020.

Respectfully submitted,

  /s/   John H. Clarke
John H. Clarke   Bar No. 388599
1629 K Street, NW
Suite 300
Washington, DC  20006
(202) 344-0776
john@JohnHClarkeLaw.com