

<u>VIA EMAIL AND REGULAR MAIL</u>

April 29, 2020

John Clarke
2424 Pennsylvania Ave. NW, Apt. 410
Washington, DC 20037
johnhclarke@earthlink.net

RE: Letter of Response for Grievance #3682 filed on February 10, 2020

Dear Mr. Clarke,

In accordance with Chapter 24 Subtitle 5-B, Section 2405 of the District of Columbia Municipal Regulations, D.C. Public Schools (DCPS) Comprehensive Alternative Resolution and Equity (CARE) team has completed its review of the above referenced written grievance.

**Grievance Issues**

Based on a review of the information provided, the written grievance raised the following issue under the jurisdiction of this office:

1. **24 DCMR Subtitle 5-B, Section 2405.2(c): Where it is alleged that any student or group of students is being subjected to an arbitrary or unreasonable regulation, procedure, or standard of conduct**

It is alleged that on February 6, 2020, School Without Walls at Francis-Stevens Teacher N.E. made threats to Student J.C., Student B, and Student C, including, "next time I will slap some sense into you" and "don't roll your eyes at me again or I'll knock your teeth out" when approaching the students about allegedly making racist comments. Additionally, it is alleged that Principal R.T. used questionable methods to investigate the alleged comments, such as interrogating Student J.C., Student B, and Student C for up to five hours, falsely reporting that the students' peers described them as racist, threatening to expel, and failing to interview witnesses.

**Conclusion**

DCPS has taken the following action as a result of these allegations:

1. A referral was sent to Labor Management and Employee Relations (LMER) on February 28, 2020, for the review and investigation of these allegations. Their findings and any disciplinary actions will remain confidential due to employee privacy guidelines.

Exhibit 3

DCPS will review all available information related to this incident to determine whether employee misconduct has occurred. Although DCPS appreciates your need to know the results of its review, we are unable to share the results of personnel investigations, including any employee disciplinary action that may have been taken, because this information is contained in confidential employee records.

If you are not satisfied with the outcome, you have the right to file an appeal. Appeals must be submitted in writing and received within 10 calendar days of receipt of this notice. Please submit appeal requests to the Office of Integrity via U.S. Postal Mail to 1200 First St., NE, 11th Floor, Attn: CIO or via email at dcps.cio@k12.dc.gov. You may also contact the U.S. Department of Education, Office for Civil Rights (1-800-421-3481) to report any educational discrimination.

If you have further questions, please do not hesitate to contact us at dcps.care@k12.dc.gov or 202.442.5405.

Sincerely,

Anitra Allen-King, Director CARE

Cc:  Instructional Superintendent