UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |  |
|---|---|---|
| J.H.C. <br> By his father and next friend: <br> JOHN HARRISON CLARKE <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA <br> PUBLIC SCHOOLS, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 20-1761 (CRC) |

ORDER

Upon consideration of Plaintiff's Motion for Leave to Amend his Complaint, it is hereby ORDERED that the Motion be, and hereby is GRANTED.

Date: _____, 2020.

_____
CHRISTOPHER R. COOPER
United States District Judge