UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| J.H.C. | ) | |
|     Plaintiff, | ) | |
| v. | ) | Case No. 20-1761 (CRC) |
| DISTRICT OF COLUMBIA, *et al.* | ) | |
|     Defendants. | ) | |

### PLAINTIFF'S RULE 26(a)(1)(A) STATEMENT

COMES NOW Plaintiff, J.H.C., by counsel, as ordered by the Court on September 21, 2020, and provides the following initial disclosures under Fed. R. Civ. Pro. 26 (a)(1)(A).

(1)     <u>Name and address and telephone of individuals likely to have discoverable information, along with subjects of that information</u>

The subjects of the information possessed by the following individuals appear in the following paragraphs in the proposed Amended Complaint, ECF 10-1. Plaintiff does not yet have the identities of student witnesses, so he cannot provide their addresses or telephone numbers.

    a.     The parties to this action.
    b.     Assistant Principal Young ¶¶ 17, 28; Ms. Stephanie Beer, ¶ 28; Unknown author of February 10 email, and his or her child ¶¶ 30, 37; February email by parent of classmate BW, ¶ 75; 9 adult witnesses identified in Exhibit 2; two investigators from CARE, ¶42; Anita Allen-King, Director CARE, author Exhibits 2 and 3.
    c.     Eighth grade students identified as MI, ES, DE, and AL ¶ 13; EZ and ES, ¶ 14; 15 students identified in Exhibit 2; student BW, ¶ 75.

(2) <u>Documents in possession, custody, or control that may used to support its claims or defenses</u>

Plaintiff is unaware of documents that may be used to support claims or defenses, other than the documents submitted with his Complaint, and documents on defendants' possession which are the subject of discovery requests.

(3) <u>Computation of damages and evidence on which based</u>

Plaintiff seeks $100,000 in compensatory damages. He has no documentation. He also seeks punitive damages, and an award of attorney fees and costs incurred.

(4) <u>Insurance</u>

Not applicable.

DATE: September 29, 2020.

        Respectfully submitted,

        __/s/   John H. Clarke__
        John H. Clarke   Bar No. 388599
        1629 K Street, NW
        Suite 300
        Washington, DC  20006
        (202) 344-0776
        john@JohnHClarkeLaw.com