Law Office<br>
**John H. Clarke**<br>
1629 K Street, NW<br>
Suite 300<br>
Washington, DC  20006<br>
───<br>
**(202) 344-0776**<br>
John@JohnHClarkeLaw.com

Also Admitted in Virginia  
and Maryland                                                                           FAX:  (202) 332-3030

February 10, 2020

<u>By email scott.barash@k12.dc.gov</u>  
D. Scott Barash, Esquire  
    General Counsel  
District of Columbia Public Schools

<u>By email quinne.harris/lindsey@k12.dc.gov</u>  
Quinne Harris-Lindsey, Esquire  
    Deputy General Counsel  
District of Columbia Public Schools

<u>By email richard.trogisch@k12.dc.gov</u>  
Richard Trogish, Principal  
School Without Walls at Francis Stevens  
425 N Street, NW  
Washington, DC  20037

<u>By email sileaneaves@k12.dc.gov</u>  
Ms. Silean Eaves, Assistant Principal  
School Without Walls at Francis Stevens  
425 N Street, NW  
Washington, DC  20037

    Re: ███████  
        <u>Racism charges at School Without Walls at Francis Stevens</u>

Dear Mr. Barash, Ms. Harris-Lindsey, Mr. Trogish, and Ms. Eaves:

    On Friday morning, February 6, Mr. Trogish called me and told me that he would be conducting two separate investigations, one into the conduct of theater teacher Ms. Naelis Ervin, and one into the conduct of my son, ████. Ms. Ervin's matter regards reports of threatening behavior toward students, and ████ is in response to a written complaint from a parent reporting that his or her child had recounted that ████ had regularly used the "n word," had said that "slavery is the best thing that ever happened to this country," and remarked that some of his African-American classmates that they "look like monkeys."

**Exhibit 1**

Both matters are serious. But they are not "separate." Mr. Trogish and Ms. Eaves, kindly let me know if you believe that there are any factual errors in the following account of the events of Tuesday February 4, Thursday, February 6, and Friday, February 7.

---

On Tuesday, Ms. Ervin had her the class rehearse a skit about instances of the use of "blackface." Ms. Ervin gave ▇▇▇ a friend of ▇▇▇ a scarf to wear. ▇▇▇ remarked to ▇▇▇ "You look very woke." A few minutes later, Ms. Ervin stopped the rehearsal and said, "I need to remember that I am a teacher first." The balance of the exchange went something like this.

    Ms. Ervin: ▇▇▇ What makes you think it's okay to say what you said to ▇▇▇ What did you say to ▇▇▇
    ▇▇▇: I said "▇▇▇ you look very woke."
    Ms. Ervin: Why did you say that to ▇▇▇ Was it because he was sitting next to two black people?
    ▇▇▇: No.
    Ms. Ervin: Really? Well then what was it?
    ▇▇▇: Well like a person who cares a lot about being politically correct, uh, uh, and like…

After Ms. Irvin berated ▇▇▇ some more, ▇▇▇ read the definition aloud. Ms. Ervin repeated the definition.

    Ms. Ervin: Alert to injustice in society, especially racism. (Emphasis on racism). I'm alert to injustice in society especially racism. I am very woke. Now next time you should know what a word means before you call someone that! (To ▇▇▇ I'm so sorry that he said that to you. (To the class) Racist rhetoric will not be tolerated.

On Thursday, February 6, the substitute teacher in Ms. Ervin's class had the children play the game "telephone." The phrase went around, ▇▇▇ said to his immediate neighbor, "Iraq is doomed," and the last person, revealed that the phrase had morphed into '▇▇▇ is woke." Recalling Tuesday, ▇▇▇ found it very funny and started laughing, along with others. Shortly thereafter five or six girls started jumping around and yelling at ▇▇▇ ▇▇▇ ▇▇▇ ▇▇▇ and ▇▇▇ among others. At one point, the girls yelled at ▇▇▇ that it wasn't funny and to stop laughing. ▇▇▇ stopped laughing, but others did not. ▇▇▇ laughed some more, perhaps the result of its contagious nature.

Later in the day, Ms. Irvin encountered ▓▓▓ in the hallway, angrily pulled him aside, and asked him and the other eighth graders present what had happened earlier in the day with the substitute teacher. Upon being informed, Ms. Irvin said that if something like this happened again she would "give everyone zero's for the rest of the advisory," and, while looking at ▓▓▓ Ezikiel, and ▓▓▓ said that if she heard any similar statements or comments she would "call the police for hate speech," and have the event placed on the students' "permanent records."

After scolding the group some more, Ms. Irvin said to ▓▓▓ that she was extremely disappointed for letting his classmates "say racist things." She continued, "You can't let them do that." She also said, "I'm doing this because you're a brown, black body," and something like, "Next time I will slap the sense into you." And she said, "Don't even try to do anything because I know the DCPS handbook inside and out." Then, reacting to ▓▓▓ response, she said, "Don't roll your eyes at me ever again or I will knock your teeth out."

Shortly after witnessing the threats, ▓▓▓ inquired in the School's office and asked whether teachers were permitted to threaten students. Another administrator asked what happened, and ▓▓▓ relayed the threats made to ▓▓▓ and provided five names of witnesses to the incident. Later in the day, ▓▓▓ told ▓▓▓ that he had reported Ms. Irvin. ▓▓▓ approved, and the two decided to return to the School's office at dismissal time to report it again.

Another classmate witness, ▓▓▓ joined ▓▓▓ and ▓▓▓ in the office after school to report the aforementioned threats as well as some others. They told Mr. Trogish and Ms. Young about what happened, and Mr. Trogish instructed them to reduce their accounts to writing. They all did, and submitted them Friday morning. Copies of all three accounts are attached.

On Friday, February 7, shortly at approximately 9:10 a.m., ▓▓▓ was summoned to the office, where ▓▓▓ and ▓▓▓ were waiting, in the outer office. At around 9:40, Ms. Vest said these are serious allegations and to remember to tell the truth. Of course, the three thought that the inquiry was about Ms. Irvin. "That gave me confidence because we were telling the truth and I reminded everyone to stick to the truth," in ▓▓▓ words.

At around 11:00, the first interrogation, of ▓▓▓ began. Present for all interrogations were four administrations, Principal Richard Trogish, Assistant Principal Silean Eaves, Ms. Shanna Young, and Ms. Stephanie Beer. Ms. Eaves typed notes, and Ms. Young wrote onto a notepad. ▓▓▓ writes, '▓▓▓ told me that they called him in there to call him a racist and call us racists. He told me that they

specifically referred to me as a racist, and asked him "why are you lying?" Throughout the interrogation, the questioners pressured ▮▮▮ to incriminate himself, ▮▮▮ and ▮▮▮ as racists. They asked, over and over again, whether he was aware that his classmates think he's a racist, why he thinks they may have said that, and why he would associate with ▮▮▮ the racist. The interrogators claimed that his answers were "fiction."

And they queried him about his having sketched a drawing of Martin Luther King, Jr., with big ears. Ms. Young declared that she was "personally offended" by the drawing. (▮▮▮ father saw the drawing and thought the allegation was silly.)

"Did ▮▮▮ and ▮▮▮ pressure you to write what you wrote?" Mr. Trogish asked. "Why are you protecting racists?" Apparently dissatisfied with his denials, Mr. Trogish threatened to expel ▮▮▮ But, he continued, if ▮▮▮ would cooperate, things would go easier on him.

It lasted about an hour.

▮▮▮ was next. This confrontation lasted just under an hour. The subject of Ms. Irvin's threats were discussed for less than five minutes, just like ▮▮▮ interrogation. ▮▮▮ was charged with having called the girls who were upset over the telephone game's end-product, "▮▮▮ is woke," as having "looked like monkeys." He repeatedly explained that he said they were "acting like monkeys." In ▮▮▮ view, the statement "looked like monkeys" would have been racist, but "acting like monkeys" is not. In any event, he explained, he did not mean it in any way to be racist, and he had already explained that to the girls, and had apologized to them. His account of having apologized was challenged.

He too was repeatedly confronted with the claim that his friends call him racist, and asked to explain why.

▮▮▮ was next. It began around 1:00 p.m., and lasted around an hour. It was traumatic. Parts of that exchange went something like this.

Mr. Trogish: Well your friends say "yeah that's just ▮▮▮ he's racist." A friend of yours said "well one time he said something racist and I wanted to punch him right in the face, but I didn't because that's not the right thing to do." Your own friends are saying that they want to punch you because your being racist.

|              |                                                                                                                                                                                 |
|--------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| ▓▓▓          | (Crying) One of my friends said that? Well don't you think that if my friends thought I was a racist they wouldn't want to be friends with me?                                  |
| Ms. Eaves:   | Well I disagree, I think they would just accept you're a racist and try to look past it.                                                                                        |
| Mr. Trogish: | One of them even said ▓▓▓ that said "slavery was the best thing to happen to America" and that we should "bring it back." ▓▓▓ also called black girls "monkeys and says nigger all the time." |
| ▓▓▓          | (Crying) And you're sure that it was one of my friends?                                                                                                                         |
| Mr. Trogish: | Well I can't really disclose that information.                                                                                                                                  |
| Mr. Trogish: | Are you saying that you didn't say any of this?                                                                                                                                 |
| ▓▓▓          | (Crying) Yes.                                                                                                                                                                   |
| Mr. Trogish: | So why do you think they said this?                                                                                                                                             |
| ▓▓▓          | (Crying) Maybe it's because they don't like me…                                                                                                                                 |
| Mr. Trogish: | Let me grab the complaint here. I'm showing this to you because you need to see it, not to hurt you.                                                                            |
| ▓▓▓          | Okay.                                                                                                                                                                           |
| Mr. Trogish: | This was filed by a parent. "My child has brought to my attention that ▓▓▓ ▓▓▓ has said such words and phrases as 'slavery was the best thing to happen to America,' 'We should bring Slavery Back,' says 'nigger' all the time, laughed at a racially charged statement about being woke, and called some African American students monkeys. I don't feel that my child is safe around him. |
| Ms. Young:   | So you're making it so they don't feel safe around you.                                                                                                                         |
| Ms. Eaves:   | So you see that you laughing that ▓▓▓ is woke was racist.                                                                                                                       |

| | |
|---|---|
| Mr. Trogish: | Did you ever say that fade to black is bad or that we spend too much time on black history? |
| ▮ | No.  I might have said that we don't spend enough time on some important things. |
| Mr. Trogish: | What do you mean? |
| ▮ | Well we didn't go over a single word of the constitution till eighth grade. |
| Mr. Trogish: | We are also worried about your safety, we don't want you to be hurt, beat up, or jumped.  For your safety, we might need to see if you need to go to another school. |

---

I appreciate Mr. Trogish's quick reaction to the charges, and for letting me know within hours of his receipt of the parents' complaint.  And I applaud his seeming willingness to lay down the law that the conduct alleged absolutely will not be tolerated.  But I cannot have confidence in his approach in determining the facts.  During our short conversation on Friday morning, he presented the matter to me as if it were fact.  Not believing the classmate's account, I asked whether he had corroboration, and he responded, "Not yet."

A complete investigation would include separate interviews of all witnesses to the charges of the use of the n-word, as well as to the slavery remark—the same procedure employed for the interviews of ▮ ▮ and ▮  These witnesses can be quizzed on the particulars of the statements—where each occurred, what was said exactly, the catalyst for the statement (what was said immediately prior), who heard it, what did the interviewee do or say in response, what did the other witnesses do or say in response, did the interviewee tell anyone and if so who, and those accounts should be corroborated via inquiries to any such recipients.  And class schedules should be reviewed to corroborate the parties' locations when each statement is said to have been made.  All witness statements should be compared to each other, just as should have been done using the extensive notes taken during Friday's interrogations of ▮ ▮ and ▮

Additionally, Ms. Ervin's statements to Mr. Trogish shortly before the interrogations began (whatever she said) may need to be corroborated via interviews with students in the class.

The probe may also seek the accounts of ▓▓▓ friends. His best friend from Kindergarten through the Third grade is ▓▓▓▓▓▓ Currently his closest black friends are ▓▓▓▓▓▓, ▓▓▓▓▓▓, ▓▓▓▓▓▓, ▓▓▓ ▓▓▓▓▓▓▓▓, and ▓▓▓▓ If the fact finder would question whether ▓▓▓ may be more candid about his "racist" leanings to his white friends, interview ▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ and ▓▓▓▓▓▓.

I for one have never heard ▓▓▓ make any remark that could possibly be interpreted as racist or disparaging regarding any minority. Hence my initial question to Mr. Trogish of whether there had been any corroboration, a question which has not yet been answered.

Here, the chronology of these matters begs scrutiny. Ms. Ervin threatened students with bodily harm, the genesis of which is her mistaken belief that the students had engaged in racist behavior. On Thursday, three students complained to the administration about the threats. They are told to put it in writing. They did, and provided the accounts the next day, Friday, at which time the administration wrongfully accused the three, and only those three, of racist misconduct. The school detained the students for up to five hours, during which time it surprised each with charges of racism in separate, hours-long interrogations, employing such tactics as falsely reporting to each that their friends had described them as racist and asking them to explain, repeatedly, and offering to plea bargain to avoid suspension if one would inculpate the others. The untoward appearance of these events is not helped by the fact that Ms. Eaves, an accuser and second-in-command at the school, is Ms. Ervin's mother.

When Mr. Trogish responded "not yet" to my question of whether he had obtained corroboration, at 10:35 Friday morning, ▓▓▓▓▓▓ and ▓▓▓▓ were in the outer office, waiting, they all thought, to be interviewed regarding Ms. Ervin's misconduct. Knowing that the charge of ▓▓▓ having made the "monkeys" comment was false from his interview with Ms. Ervin that morning, Mr. Trogish proceeded as if the other two charges had been established as fact, with no corroboration whatsoever. Mr. Trogish likely assumed that the student would not allege such a patently verifiable allegation—that ▓▓▓ regularly used the word "nigger"—unless it was true. If so, he was wrong.

I have heard Mr. Trogish speak in public, attended a meeting with him, and conversed with him a few times. We got along fine, and I liked him. But his approach in this matter does not engender confidence. One reason that I have included the DCPS Office of General Counsel lawyers as recipients of this letter is that I am requesting that it consider sending someone over to the school to investigate. The conduct of the current investigators in this case is among the issues to be resolved, so an independent fact finder would seem appropriate.

▇▇▇ should not have laughed when some of his classmates became upset over the use of the word "woke," particularly since the offended students thought that it was being used as racial slur, having been so misinformed by Ms. Irvin. That reaction was a thoughtless mistake, only. (I am still perplexed how Ms. Irvin, Mr. Trogish, and Ms. Eaves conclude that saying someone looks woke, or alert to injustice in society, is racist.)

In any event, I am confident that any objective review of the evidence will reveal that ▇▇▇ is not even slightly racist, he has never championed slavery, and he has *never* used the term nigger. Thus, I am not in the slightest bit concerned whether ▇▇▇ will be exonerated of these false, and despicable, charges.

And I am unconcerned with other aspects of the matter. I do not particularly care whether the reporting student is disciplined for his or her outrageous slander. I am unconcerned whether remedial measures are taken to prevent future misconduct by Ms. Irvin. I don't even care if she continues to threaten students. I don't care if racism at the school is real or merely perceived. And I don't care about the chilling effect that the School's actions might have on the likelihood of future reports by students of teacher misconduct.

What is so disastrous here is ▇▇▇ exposure to being denied admission to School Without Wall High School. In writing my letter to the Mayor in 2012 in support of the merger of Walls and Francis Stevens, I researched the School. Since Walls scrutinizes grades earned beginning the fourth quarter of the seventh grade, since then I have kept abreast of ▇▇▇ homework and drilled into him the importance of good grades in those quarters. I receive an email from Aspen every time ▇▇▇ receives below an A on any test or homework, we regularly review together his grades on Aspen, and I have consulted several times about his prospects for admission to Walls with his English teacher Mr. Fehlinger. So, after ten years at the school, with an excellent chance of acceptance into the feeder, the day before he takes the entrance exam for the High School, ▇▇▇ is wrongfully accused of being a racist, spewing racial epithets, and threatened with expulsion. ▇▇▇ has also applied to Walls.

And there is another quite troubling aspect of the charges—damage to reputation. I am open to any suggestions on how to ameliorate the damage to ▇▇▇ reputation. The sooner action is taken the better. The institutional rumor-mill is already quite active. It's only Monday and scores of people already know that ▇▇▇ has been charged with being a racist. On Friday Ms. Ervin told her entire afternoon class that ▇▇▇ ▇▇▇ and ▇▇▇ are responsible for her probably getting fired, and that all three of them are against the school's celebration of Black History Month.

While I am aware that the school is obligated to withhold the identity of the reporting student and his or her parents on privacy grounds, at least for now, due process mandates that the accused know the allegations against him.  So, please provide me with a copy of the parent's email, with all identifying information redacted.  And, going forward, since all documentation of both matters may at some point be subject to court-ordered disclosure, all relevant records should be kept complete.

I look forward to speaking with a lawyer from the DCPS Office of General Counsel.

        Sincerely,

        /s/
        John H. Clarke

Enclosures

Dear SWWFS,

As a student at your school I do not feel safe in the theater class any more because of the many threats that were told to me and my classmates by the teacher. So How it started was that on Tuesday ▇ said to ▇ are you woke and Ms Ervin happened to hear what he said and got pretty pissed off. Then she started to say stuff about how ▇ was being racist and asked, "did you say that because ▇ is in between two black people." ▇ said he did not mean it that way but she didn't believe him and continued with a lot more accusation. Then on Thursday we were playing telephone with the substitute and so when that was happening a student changed it to I am woke. After that was passed on to the end, almost all the girls jumped up getting mad at ▇ even though ▇ did not say that. Then they started getting loud and started cursing at ▇ but I don't blame them because that was not right and very unethical even though it was not ▇ who said it that time. But what I did was stand between them and ▇ cause it was getting very intense. Then when we were going down the stairs to go to the auditorium I told the girls that we were not laughing at the racist comment but at you, "How they were jumping around like monkeys," but right after I realized what I said was not right in that situation. I said sorry and that I didn't mean it in that racist way and that I meant it in a way off like very jumpy and moving around too much. Also I am black so I know of all those racist comments that were directed to our kind so I would never mean it in that way.  Then when it was lunch time for the first lunch I was in the gym and was called out to go upstairs to talk to Ms Ervin who just arrived at the school. There was a group of people outside of the class who Ms Ervin was talking to so I joined the circle. She was very loud and was asking me what I thought and asked what racist stuff was I saying and I said what because I forgot what happened in the stairs because I thought we already resolved that. Then she said do you guys have anything to say and I asked what did I say so racist and Skyler said what I said when we were going down the stairs. I told Ms Ervin that I didn't mean it in that way and she said, "yeah right you know what you meant," and I rolled my eyes and she said don't roll your eyes at me ever again or I will knock your teeth out in like a threat at least that is how it felt. She also said something about slapping us. Then when she dismissed everyone and she held me literally and said wait. She asked, "do you let them talk to you like that in a racist way" (them as in white people) and I said no then she said that you should not support it and I said I don't. Then she went in the class and said don't allow anyone to say the n word and said I wish any one would say the n word around me I will knock their teeth out. Then I went back to pe and here we are now.

Sincerely, ▇ ▇

I was told to give a written explanation of what events occurred and everything I knew about them, and how I felt. To the best of my knowledge and memory all of this is true.

On February 4th, I went to school like I always do. I walked inside the school, entered the auditorium, and spoke to my friends until our teacher came down. Ms. Naelis Ervin came down and picked us up and brought us to the classroom. We put our things away, organized chairs and sat down. She had us acting out a TMZ imitation skit about cases of blackface. We were wearing t-shirts over our uniform to appear as normal people. ▇ a friend of mine, was given a scarf to wear over his blue shirt. We acted out our skit and another classmate, ▇ stopped it to fix her hair. I said "▇ He responded with "Yeah". I said "You look very woke". ▇ could not hear me with all the chitchatter going on and so he said "Huh?". I then repeated myself two or three more times. Unknown to me at the time was that Ms. Ervin heard all of this. I just thought "ah forget it" and we continued the rehearsal.

We continued it but, about half way through Ms. Ervin stopped it to say, "I need to remember that I am a teacher first.", as if to remind her to constrain herself. She then also said ▇ What makes you think it's ok to say what you said to ▇ "What?" I responded in a confused tone. "What did you say to ▇?" she asked. I responded with " I said ▇ you look very woke' ". "Why did you say that to ▇ she said. "Uh..." I muttered. She then cut me off with "Was it because he was sitting next to two black people?". Which I believe she said to paint me as a racist. I said, "No". "Really? Well then what was it?" she said. You have to understand when I said "woke" I meant it as the urban dictionary definition of woke being, "The act of being very pretentious about how much you care about a social issue". I have seen many videos of SJWs (social justice warriors) furiously yelling slogans and accusing with no evidence, very civil and polite citizens.

I said "well he looked like what I imagine a really woke person looking like". Then she said "And what does woke mean to you!?". Startled and experiencing difficulty remembering the definition I said, "Well like a person who cares alot about being politically correct, uh..., uh... and like". She was furious and yelling. The whole time my heart was thumping and racing . A friend of mine who was right next to me later described me as "looking like I was about to cry" and "scared". Right when she looked like she was beginning to calm down, ▇ Do you want me to tell you the oxford definition of woke?". Ms. Ervin declined. A second later she changed her mind ▇ read it outloud. He read out "Alert to injustice in society, especially racism". Ms. Ervin then repeated him "Alert to injustice in society, especially racism" , with a strong emphasis on "especially racism". She said "I'm alert to injustice is society especially racism." and "I am very woke". She then resumed yelling at me at the top of her lungs, saying something like "now next time you should know what a word means before you call someone that". Then she walked over to ▇ and said something along the lines of "I'm so sorry that he said that to you" still hostile. She then backed up, faced the whole class and said "Racist rhetoric will not be tolerated". She then sat down in her chair and resumed the class.

I was incredibly upset and angered inside from her implied accusations at that I am racist. She spent a lot of the class yelling at me unprovoked because I thought ▮ was dressed like a dumb rude college student. That was Tuesday.

On Thursday there was a sub. Precisely after engaging in SWW test preparations, in Mr.Felinger's room me and Caio walked to Ms.Ervin's room. We went there and saw the substitute teacher, who was unaware that she was supposed to grab the class from the auditorium. She was told of the procedure and we followed her down to pick up the class. Upon the class in the classroom I put my things away and grabbed a seat as usual. Three people the began leading everyone in reciting Ms. Ervin's mantra. After that ▮ tried to get everyone to perform the TMZ skit already filmed two days prior. Someone suggested telephone and then the substitute teacher said we were gonna play telephone. When the word got to the person beside me I heard the word "My"___ being shared to them and then the person next to me shared "Iraq is doomed". I assumed I just saw it being changed and said "My Iraq is doomed". Apparently ▮ changed it to "▮ woke up". Then after it went the rest of the way around it was revealed to have become "▮ is woke". Hearing this I found it very funny and started laughing. Shortly after this some 5 or 6 girls started yelling at people and jumping around. They were very angry that the telephone phrase became "▮ is woke". They yelled at ▮ ▮ ▮ myself, ▮ and I believe others as well. They harassed the new student, ▮ telling him that he was an instigator. I told him something like "They don't matter" or " It doesn't matter" to try to get him to ignore them. Which one of them overheard and then they became angrier. They were yelling alot and sometimes jumping and making hand movements. I found all of this particularly funny and laughed alot. This made them angry.

Eventually ▮ got them to calm down and then everyone went to the Auditorium for the Trivia event. Sometime while in Ms. Ervin's room I lost something of mine. During lunch I came up to try to study with Ms. Sunny Chang for the Walls test. On my way I was going to stop by Ms. Ervin's class to try to find the lost item. When leaving the stairwell I saw Ms. Ervin lecturing a group of 8th graders. Not wanting to interrupt I tried to walk past but upon seeing me Ms. Ervin angrily pulled me aside. She asked everyone there what happened earlier with the substitute. She said that if she got angry about something like this again she would "give everyone zero's for the rest of the advisory" she also said that if any similar statements or comments she would "call the police for hate speech" She said we would have these events be added to our permanent records. I seriously felt scared that she would change our permanent records and change our grades to whatever she feels like.

Shortly after those threats she scolded everyone some more and then turned to ▮ She said that she was extremely disappointed for letting us "say racist things. You can't let them do that. I'm doing this because you're a brown, black body". Then she said something like " Next time I will slap the sense into you". After we went inside she threatened him again saying " Don't roll your eyes at me ever again or I will knock your teeth out". At a different time she threatened to stab a child with scissors while making a stabbing motion.

# Incident

Dear Principal,

      This incident today has affected many students. Many students in this class have felt harassed by the school theater teacher. According to students the school theater teacher has been over exaggerating the term "racist" and has been throwing this term out of proportion. This teacher has threatened and I quote "I will knock your teeth out". This teacher has also made many students feel threatened to come to class.
      The school theater teacher has mistaken the word "woke" to be a racially offensive term. She has threatened "file a police report for hate crimes." This teacher on many occasions has threatened the whole class with dropping their grades to an F for anger towards certain students. This teacher will randomly have outbursts in the classroom. This teacher has said "that's not your right and who do you think you are" for a student practicing their first amendment right and then proceeded to kick the student out the classroom.
      This teacher does not do her research and jumps straight to conclusion and portrays something that was not intended to be hate speech a form of hate speech. This teacher does not flat out call students racist but instead uses the term "microaggression". Another example of this is when a student who was bad at art singled out a drawing of a historical figure among other drawings. This teacher failed to mention that the other figures looked the same and only picked out the African American.
      She even proceeded to say " if you draw another picture i'll make sure you'll never hold a pencil again".   When the teacher wasn't physically present today the students were playing telephone and the message passed on was " ▇▇▇ is woke" and people took this as a racially insensitive term. This teacher then proceeded to call the students up to lunch and proceeded to yell at him which intimidated the student. Another prime example of this is when a student proceeded to say to a group of African Americans " you jumping around like a bunch of monkeys" which came out as a racially offensive term even though he did not intend for it to be that way. The student who said this was also of African descent. This teacher made the students feel very uncomfortable. Many students have felt she has been aggressive towards  individuals. This teacher all in all has been aggressive to the point where students are intimidated to the point of oppression. She has threatened to slap this individual.

                - Anonymous