UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JHC By his father and next friend: JOHN HARRISON CLARKE<br><br>*Plaintiff,*<br><br>v.<br><br>DISTRICT OF COLUMBIA GOVERNMENT<br><br>and<br><br>RICHARD TROGISH, SILEAN EAVES, NEALIS ERVIN,<br><br>and<br><br>JANE DOE,<br><br>*Defendants.* | Civil Action No. 20-cv-01761 (CRC) |

### NOTICE OF WITHDRAWAL OF COUNSEL

The Clerk of said Court will please withdraw the appearance of Akua D. Coppock as co-counsel on behalf of Defendant the District of Columbia.

May 4, 2021

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

MICHAEL K. ADDO
Chief, Civil Litigation Division Section IV

/s/ *Akua D. Coppock*
AKUA D. COPPOCK [1032665]
Assistant Attorney General
400 6th Street, NW,
Washington, D.C. 20001
202-724-6522 (phone)
202-730-1888 (fax)
Akua.coppock@dc.gov

Counsel for Defendant District of Columbia

2