# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **J.H.C.**, by his father and next friend John Harrison Clarke,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>　　　　　　Defendants. | Case No. 20-cv-1761 (CRC) |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [19] Defendants' Motion to Dismiss the Amended Complaint is **GRANTED**.

This is a final appealable order.

**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER R. COOPER
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date:　September 29, 2021